```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CIVIL DOCKET ENTRIES FOR CASE A04-0236--CV (HRH)
                          "USA V WILLIAM PIERS"

            Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/30/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                                 Counsel of Record:

PLF 1.1           UNITED STATES OF AMERICA         No counsel found for this party!

DEF 1.1           PIERS, WILLIAM                   No counsel found for this party!

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0236--CV (HRH)
                              "USA V WILLIAM PIERS"

                              For all filing dates


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/30/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:


Document #   Filed       Docket text

NOTE -   1   09/30/04    Notation: ALL FUTURE FILINGS ARE TO BE INTO A00-0104CR (HRH).
```